JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, | Case No.: CV 14-8416-DMG (PJWx) |
| Plaintiff, | |
| v. | **ORDER [27]** |
| A. ACHIM INVESTMENTS, LLC, a California Limited Liability Company; 215 EXCLUSIVE, LLC, a California Limited Liability Company; and Does 1-10, | |
| Defendants. | |

In accordance with Plaintiff's Notice of Voluntary Dismissal, the above-captioned action is hereby ordered dismissed with prejudice. Plaintiff's Application for Default Judgment Against A. Achim Investments, LLC and 215 Exclusive, LLC [Doc. # 25] is DENIED as moot. The hearing on June 5, 2015 is VACATED.

DATED: May 28, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE